JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CV 22-8894 PA, CR 19-280 PA |
| Plaintiff/Respondent, | JUDGMENT DISMISSING PETITIONER'S ACTION WITH PREJUDICE |
| v. | |
| CUBBY WAYNE WILLIAMS, | |
| Defendant/Petitioner. | |

Pursuant to the Court's March 7, 2023 Minute Order denying Petitioner Cubby Wayne Williams's Motion for Relief Pursuant to 28 U.S.C. § 2255,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Petitioner's action is dismissed with prejudice.

IT IS SO ORDERED.

DATED: March 7, 2023

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE